**John Potempa, by Albert Potempa, appellee, v. J. F. Culp, appellant. Gen. No. 32,748.**

Opinion filed November 27, 1928. Rehearing denied December 11, 1928.

Bulkley, More, Poynton & Overmyer, for appellant. Finn & Miller, for appellee; Frank Johnston, Jr., of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Potts-Turnbull Advertising Company, appellee, v. Feltman & Curme Shoe Stores Company, appellant. Gen. No. 32,766.**

Opinion filed November 27, 1928.

John G. Riordan, for appellant. Fischel, Kahn, Heart & Epstein, for appellee; Philip R. Toomin, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Sadie Feder, plaintiff in error, v. New York Life Insurance Company, defendant in error. Gen. No. 32,777.**

Opinion filed November 27, 1928.

Alfred Roy Hulbert and Harold L. Feigenholtz, for plaintiff in error. Hamlin, Topliff & Cooper, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Sadie Feder, plaintiff in error, v. Union Indemnity Company, defendant in error. Gen. No. 32,780.**

Opinion filed November 27, 1928.

Alfred Roy Hulbert and Harold L. Feigenholtz, for plaintiff in error. Church, Haft, Robertson & Crowe, for defendant in error; Burt A. Crowe, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.